IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01421-BNB

ERIC JOHN WOODS,

    Applicant,

v.

STATE OF COLORADO,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant filed a "Waiver of Reply - Hostile Intentions," on July 11, 2011 (Doc. No. 6) which the Court construes liberally as a request for extension of time to comply with the June 15, 2011 Order Directing Applicant to Cure Deficiencies. The motion for extension of time is GRANTED. Mr. Woods has until **August 12, 2011** to file his habeas petition and § 1915 Motion on the court-approved forms, and to submit a certified copy of his prison account statement, in compliance with the June 15 Order.

Dated: July 12, 2011