FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 6 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01421-BNB

ERIC JOHN WOODS,

    Applicant,

v.

STATE OF COLORADO,

    Respondent.

## ORDER OF DISMISSAL

Applicant, Eric John Woods, is being detained at the Broomfield County Detention Center in Broomfield, Colorado. He initiated this action by filing a Complaint, "Petition for Review of the Colorado Competency Statutes. . .," and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an order filed on June 15, 2011, Magistrate Judge Boyd N. Boland directed Mr. Woods to cure certain deficiencies in his case within thirty days. Specifically, Mr. Woods was directed to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, with all pages completed and naming his current custodian as the Respondent. Applicant was further directed to submit an amended § 1915 Motion and Affidavit on the court-approved form, along with a certificate showing the current balance in his prison account certified by an appropriate official of his penal institution. Mr. Jones was also informed that the § 1915 Motion and Affidavit were necessary only if the $5.00 filing fee was not paid in advance. The June 15 Order warned Mr. Jones that if he failed to cure

the designated deficiencies within the time allowed, the action would be dismissed without further notice.

On July 12, 2011, Mr. Jones was granted an additional thirty days to comply with the Court's order to cure deficiencies. *See* July 12, 2011 Minute Order.

Mr. Jones has not filed a § 1915 Motion and Affidavit on the court-approved form, or a certificate showing the current balance in his prison account certified by an appropriate official, as directed in the June 15 Order. Alternatively, he has not paid the $5.00 filing fee. Mr. Jones has also failed to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Therefore, Mr. Jones has failed to cure the designated deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Eric John Woods, to comply with the order to cure dated June 15, 2011. It is

FURTHER ORDERED that no certificate of appealability will issue because jurists of reason would not debate the correctness of this procedural ruling and Applicant has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __16th__ day of __August__, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01421-BNB

Eric John Woods
Prisoner No. 12481
Broomfield Detention Center
11600 Ridge Pkwy
Broomfield, CO 80021

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on August 16, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk